IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ARLO STEIN,[1] | § | |
| | § | No. 224, 2020 |
| Respondent Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below–Family Court |
| | § | of the State of Delaware |
| SHARON FRAY, | § | |
| | § | File No. CN08-01102 |
| Petitioner Below, | § | Petition No. 19-31363 |
| Appellee. | § | |
| | § | |

Submitted: January 8, 2021
Decided: February 15, 2021

Before **SEITZ**, Chief Justice; **VALIHURA** and **MONTGOMERY-REEVES**, Justices.

## ORDER

After careful consideration of the parties' briefs and the Family Court record, we find it evident that the judgment of the Family Court should be affirmed on the basis of and for the reasons assigned in its June 5, 2020 order. As was appropriate given the age and maturity of the sixteen-year-old child involved, the Family Court gave great weight to his wishes when it considered the best-interests factors under 13 *Del. C.* § 722 and awarded guardianship of the child to the child's paternal grandmother.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

/s/ Collins J. Seitz, Jr.
Chief Justice